**W.O.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) No. CR 19-1026-01-PHX-SPL |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Angel Samuel Zarate-Juarez, | ) |
| Defendant. | ) |

A four-day jury trial was set to begin in this case on January 21, 2020. (Doc. 74) Defendant was awaiting trial in Mexico, and the Court previously issued an Order allowing Defendant entry into the United States on parole beginning at 12:01 a.m. on January 19, 2020. (Doc. 56) On January 19, 2020 at 6:30 a.m., Defendant attempted to enter the United States at the Nogales, Arizona Port of Entry. (Doc. 75 at 1-2) He was repeatedly refused entry. (Doc. 75 at 2) The same day, Defendant's counsel submitted a "Motion for Order to Show Cause Why Government Officials Should Not be Held in Contempt for Violating This Court's Order (Doc. 56) and Motion to Dismiss Indictment for Interference with Defendant's Right to Counsel." (Doc. 75) At the time set for trial, the Court granted the Motion. (Doc. 77) Pursuant to the Court's ruling, a show cause hearing was scheduled for Thursday, January 23, 2020. (Doc. 77)

Accordingly,

**IT IS ORDERED** that a Show Cause Hearing is set for **Thursday, January 23, 2020 at 9:00 a.m.** before the Honorable Judge Steven P. Logan, United States District

Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501.

**IT IS FURTHER ORDERED** that the following individuals shall appear to show cause as to why they should not be held in contempt of the Court's December 12, 2019 Order (Doc. 56):

1. Alejandro Almeida, ICE-ERO Assistant Field Office Director
2. Albert Carter, ICE-ERO Field Office Director
3. Erick Coston, ICE-ERO Supervisory Detention and Deportation Officer
4. Jaime Galvez, Case Agent
5. Dean Lynch, CBP Agency Counsel
6. Patrick McKenna, Unit Chief, PLEPU
7. Robert Zuniga, CBP Weekend Supervisor

Dated this 22nd day of January, 2020.

Honorable Steven P. Logan
United States District Judge